Case 2:17-cr-00517-JNP   Document 10   Filed 09/08/17   PageID.21   Page 1 of 1

# United States District Court

DISTRICT OF UTAH - CENTRAL DIVISION

UNITED STATES OF AMERICA

V.

Kemp

**WARRANT FOR ARREST**

FILED U.S. DISTRICT COURT
2017 SEP -? 
DISTRICT OF UTAH
BY:
DEPUTY CLERK

ORIGINAL

CASE NUMBER: 2:17-cr-00517-JNP

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  **ISAAC DYLAN KEMP**
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Superseding Indictment  [ ] Information  [ ] Superseding Information
[ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition
[ ] Supervised Release Violation Petition

charging him or her with (brief description of offense)

Coercion and Enticement;
Production of Child Pornography;
Production of Child Pornography;
Travel with Intent to Engage in Illicit Sexual Conduct;
Possession of Child Pornography; and
Transfer of Obscene Material to Minors

in violation of  18:2422(b); 18:2251(a) and (e); 18:2251(a) and (e); 18:2423(b); 18:2252A(a)(5)(B); 18:1470  United States Code.

D. Mark Jones
Name of Issuing Officer

[signature]
Signature of Issuing Officer

By: Deborah Aston
    Deputy Clerk

Clerk of Court
Title of Issuing Officer

September 6, 2017 at Salt Lake City, Utah
Date and Location

Bail fixed _____ by _____
                                    Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 9/7/17 | Matt Thompson | [signature] |
| DATE OF ARREST | Spc Agnt | |
| 9/8/17 | | |